_____ ENTERED
_____ LOGGED   _____ RECEIVED

MAR  4 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **FRANK ALAN KLUKOSKY** (**"KLUKOSKY"**) was a resident of Laurel, Maryland.

**KLUKOSKY** produced multiple sexually explicit and lascivious photographs of a 13-year-old girl using key fob cameras he placed in the bathrooms used by her. He then distributed those images to other pedophiles on SD cards that he physically provided to them. But for discovery of a video of the victim on the cell phone of one of the individuals to whom **KLUKOSKY** provided the video, the production and distribution of this child pornography might never have been discovered as the images were covertly recorded without the child's knowledge while the child was using the restroom or preparing to take a shower.

In June 2012, a federal probation officer discovered images and videos of child pornography on the cellular telephone of a registered sex offender on federal probation for attempted enticement of a minor to travel in interstate commerce to engage in prohibited sexual activity and possession of child pornography. An investigation into the source of that child pornography revealed that, on June 24, 2012, **KLUKOSKY** drove to the registered sex offender's home in Laurel, Maryland with an SD card that contained at least 120 images and six videos of child pornography and then assisted the registered sex offender to load those images and videos onto his computer and cellular telephone. **KLUKOSKY** and the other individual also exchanged emails and text messages about their mutual interest in child pornography prior to that meeting.

As a result of the discovery of these images and videos of child pornography, the FBI executed a search warrant at **KLUKOSKY'S** home in Laurel, Maryland on October 23, 2012. **KLUKOSKY** was present during the execution of the search warrant. After being advised that he was free to leave at any time and that he did not have to speak to the interviewing investigator, **KLUKOSKY** agreed to be interviewed, and stated that he likes to look at child pornography involving teens. **KLUKOSKY** admitted that he met other adult males through Craigslist with whom he shared child pornography. **KLUKOSKY** also admitted to accessing newsgroups to view and download child pornography and also admitted purchasing access to child pornography on the internet. **KLUKOSKY** mentioned a 13-year-old girl, hereinafter, "Jane Doe" and indicated that he knew her bra size. However, **KLUKOSKY** did not disclose the use of any hidden cameras to record Jane Doe.

The items seized from the **KLUKOSKY'S** residence pursuant to the search warrant included video cameras, computers, a server, multiple hard drives including a 4 terabyte OWC Mercury Elite All Pro external hard drive, CDs, DVDs, SD cards, an iPhone, an iPad, and key fob cameras.

Forensic examination of the OWC Mercury Elite external hard drive revealed approximately 2,000 images and 16 video files of child pornography. Approximately 11 videos depict 13-year-old Jane Doe in the bathroom either using the bathroom or preparing to take a shower. The videos were taken with hidden key fob cameras left in bathrooms that Jane Doe used. The videos depict Jane Doe in various stages of undressing and dressing, showering, and using the restroom. Some of the videos also depict Jane Doe dancing nude with only the region from her mid thigh to mid stomach visible on the video. The focal point of the videos was the genital area of Jane Doe. In at least one of the videos, **KLUKOSKY** is recorded while setting up or taking down the camera. All of the videos of Jane Doe were saved in a folder and subfolders called Ancient Chinese Secret\naughty no-nos\[initials of Jane Doe]. The videos were recorded on at least 10 separate occasions. On one occasion, the defendant placed two cameras in the bathroom to record from two separate angles.

A review of **KLUKOSKY'S** email account pursuant to both his consent and a search warrant revealed multiple emails between **KLUKOSKY**, using an email set up under the pseudonym name Alan Franks, and others, where the defendant is discussing the videos he created of Jane Doe and his willingness to share those videos with others. Below is a summary of some of the messages that were sent by **KLUKOSKY** to three different individuals where specific references to the minor female that he recorded have been replaced by "Jane Doe."

- I ever tell you I have hidden vids of [Jane Doe]?
- I have full-frontal clips.
- You should've swung by earlier so I could get you off while you watch her vids.
- which vid you like the most? What ya think of [Jane Doe]?
- yeah I have more of her. Those little spycams work wonders.
- She's 14 btw but . . . looks older with 32D tits.
- I got some video of her naked too. I have lots of porn. I like the teen stuff too . . . .
- how young are you looking for? I don't have any on hand but I know where to get them online.
- I can find plenty of photos. Not many videos but I did snag some you may like.
- Since you never really told me what stuff you liked on the card when I filled it the first time--apart from the [Jane Doe] video of course--I don't know what to put on it now--apart from MORE [Jane Doe] video(s).
- If I can hook up the laptop to the bedroom TV we could watch [Jane Doe] do her little bathroom dance.
- I have another pair of her[] [panties]--black with lace--from when she was 13. I use those to jerk off in. . . .I guess I really don't have a panty fetish. I just have the hots for . . . underage, flirty [Jane Doe].
- In response to the question, "Ever caught her nude?": Yep. Maybe on video too :)
- I'm a videographer on the side. I have various cameras including a few that look like car remote entry fobs. They work quite well.

Accordingly, the Defendant, **FRANK ALAN KLUKOSKY**, knowingly used Jane Doe, without her knowledge, to engage in sexually explicit conduct for the purpose of producing the

11

visual depiction of such conduct. The key fob cameras **KLUKOSKY** used to record Jane Doe engaged in sexually explicit conduct and the SD cards used to distribute the same videos were manufactured outside Maryland. **KLUKOSKY** knowingly physically transported images and videos in and affecting interstate commerce when he drove the SD cards with those images to other individuals. Further, at the time of the offense, Jane Doe was younger than 16 but older than 12 years old.

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

1/30/13
Date

_____
Frank Alan Klukosky

1/30/13
Date

_____
Charles Waechter, Esq.